UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

        Hon. Paul L. Maloney

        Case No. 1:15-cr-00162-PLM

ARNI ROJAS-GOMEZ,

        Defendant.

_____/

## ORDER

Defendant appeared before me on September 8, 2015, with appointed counsel for a detention hearing under the Bail Reform Act of 1984, 18 U.S.C. § 3142(f).  After being advised of his rights, including those attendant to a detention hearing, defendant waived his right to the hearing. I find that his waiver was knowingly and voluntarily entered.  I also note that Immigration and Customs Enforcement (ICE) has lodged a detainer against defendant.

Accordingly, IT IS ORDERED that defendant is committed to the custody of the Attorney General pending trial.

DONE AND ORDERED this 9th day of September, 2015.

        /s/ Phillip J. Green
        PHILLIP J. GREEN
        United States Magistrate Judge